## T. and R. Supply Company, Inc., Plaintiff-Appellee, v. Russell Zellers, Defendant-Appellant.

### Gen. No. 9,777.

John G. Petteys, for appellant; Craig & Craig, for appellee; J. H. Anderson, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full. Opinion filed November 6, 1951; released for publication December 3, 1951.

## Barney Gavenda, Plaintiff-Appellee, v. Fredman Furniture Company, Inc., Defendant-Appellant.

### Gen. No. 9,776.

Cassidy & Sloan, for appellant; James F. Scott, and Frederick O. Mercer, for appellee. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed November 6, 1951; released for publication December 3, 1951.